IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Erick | Case Number: 08 B 28424 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/29/09 | Filed: 10/22/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 18, 2008
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 2. | National City Mortgage Co | Secured | 3,900.00 | 0.00 |
| 3. | US Bank | Secured | 5,600.00 | 0.00 |
| 4. | Shore Bank | Secured | 2,940.00 | 0.00 |
| 5. | Shore Bank | Secured | 7,000.00 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 555.04 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 505.32 | 0.00 |
| 8. | Forest Park National Bank | Secured | | No Claim Filed |
| 9. | Shore Bank | Secured | | No Claim Filed |
| 10. | Forest Park National Bank | Secured | | No Claim Filed |
| 11. | CitiMortgage Inc | Secured | | No Claim Filed |
| 12. | Shore Bank | Secured | | No Claim Filed |
| 13. | Shore Bank | Secured | | No Claim Filed |
| 14. | Peoples Energy Credit Union | Unsecured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | Chase | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Peoples Energy Credit Union | Unsecured | | No Claim Filed |
| 19. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 20. | Peoples Energy Credit Union | Unsecured | | No Claim Filed |
| 21. | Bank Of America | Unsecured | | No Claim Filed |
| 22. | Target | Unsecured | | No Claim Filed |
| 23. | Village Of Bellwood | Unsecured | | No Claim Filed |
| 24. | Washington Mutual Finance | Unsecured | | No Claim Filed |
| 25. | Washington Mutual Finance | Unsecured | | No Claim Filed |
| | | | $ 20,500.36 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Williams, Erick

Printed: 01/29/09

Case Number:  08 B 28424
Judge:  Wedoff, Eugene R
Filed:  10/22/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

